ROBERT WISNIEWSKI (RW-5308)
ROBERT WISNIEWSKI P.C.
Attorneys for Plaintiff
225 Broadway, Suite 1020
New York, NY 10007
(212) 267-2101

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------------X
WIOLETTA ZIELONKA, and EWA WOJTULEWICZ, on
behalf of themselves and others similarly situated,

                                            **Docket No.**
                                            **2:17-cv-01490-JLL-JAD**

                       Plaintiff,        **NOTICE OF DISMISSAL**
                                              **WITH PREJUDICE**

        -against-

SAREH BRIDAL, LLC, JOLANTA ZABOROWSKA,
and SAREH KHAJEHNOURI a/k/a SAREH NOURI

                                    Defendants.
-----------------------------------------------------------------------------X

      Pursuant to Rule 41(a)(l)(A)(i) of Federal Rules of Civil Procedure, the Plaintiffs Wioletta Zielonka, and Ewa Wojtulewicz, on behalf of themselves and others similarly situated,  hereby give notice that they voluntarily dismiss with prejudice their claims against that Jolanta Zaborowska who was served with process herein on March 21, 2017 and who resides at 28-28 29th Street, Astoria, NY 11102, based on her sworn affidavit that she is not the Defendant herein, which she executed on April 24, 2017.

Dated:  New York, New York
          May 9, 2017

                                            ROBERT WISNIEWSKI P.C.

                                            By: _/s/ Robert Wisniewski_
                                            Robert Wisniewski, Esq.
                                            Attorneys for Plaintiff
                                            225 Broadway, Suite 1020
                                            New York, New York  10007
                                            (212) 267-2101